UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BRIAN A. FLOREK and FLOWORKS LLC         :
d/b/a MEDAL AWARDS RACK,                 :
                    Plaintiffs,       :    **ORDER**
                                        :
v.                                       :    18 CV 2545 (VB)
                                         :
DISPLAY GIFTS, INC.,                     :
                    Defendant.        :
--------------------------------------------------------------x

      The Court has been advised that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than December 15, 2018. To be clear, any application to restore the action must be filed by December 15, 2018, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All pending deadlines are adjourned sine die.

      The Clerk is instructed to close this case and terminate the letter-motion. (Doc. #33).

Dated: November 15, 2018
       White Plains, NY

                                    SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-16-18